Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602/598-5075
Fax: 866/241-4176
Email: tom@phxfreshstart.com

## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Kim S Thrower,<br><br>                    Debtor.<br>_____<br>Lakeview Loan Servicing, LLC<br><br>                    Movant,<br>v.<br><br>Kim S Thrower, debtor, Edward J Maney,<br>trustee<br>                    Respondent. | CHAPTER 13<br><br>Case No. 2:23-bk-07813-BKM<br><br>**RESPONSE TO MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY**<br><br>Real Property Located at:<br><br>14777 W Alexandria Way<br>Surprise, AZ 85379 |

Kim S Thrower ("Debtor", "Respondent"), by and through undersigned counsel, responds to Lakeview Loan Servicing's ("Movant"), Motion to Lift the Automatic Bankruptcy Stay ("Motion"), and in support thereof, states:

1. Debtor filed for bankruptcy relief under Chapter 13 on October 31, 2023, and timely made all of her regular monthly mortgage payments directly to Movant through May 1, 2025.

2. In or around that time, Debtor fell behind in her mortgage payments as the result of having to spend funds on automobile repair.

3. Debtor reached out to Movant on or about August 1, 2025, and spoke with a representative about applying for a mortgage modification. The representative stated that paperwork regarding modification would be sent to Debtor to initiate the process.

4. Upon information and belief, instead of mailing Debtor the modification paperwork, Movant mailed the paperwork to attorney Jason Treguboff, a local bankruptcy attorney.

5. Mr. Treguboff is not, nor has even been, Debtor's attorney, and is not associated with her mortgage or bankruptcy case in any fashion.

6. On August 14, 2025, Movant filed its Motion.

7. The very same day, Debtor reached out to Movant and spoke with a representative.

8. During the conversation that ensued, Movant, through its representative, agreed to begin processing Debtor for a "Flex Modification, stating that Debtor would likely not see any related paperwork for two weeks.

9. At the time of the call, Debtor was prepared to make a payment to Movant, but was encouraged by the representative, because the "Flex Modification" process had been initiated, to wait to make the payment.

10. Debtor has shown a willingness to work with Movant to get current on her mortgage payments. In turn, Movant has likewise evinced a willingness to work with Debtor.

11. In addition to the above, there is sufficient equity in the subject property to adequately protect Movant's interest in the event of default.

Dated: August 14, 2025

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy

**CERTIFICATE OF SERVICE**

  This is to certify that the foregoing was submitted on August 14, 2025 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants appearing in this case.

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S−9
Phoenix, AZ 85028
Phone: 602/598-5075
