Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| KIM S THROWER | Case No. 2:23-bk-07813-BKM |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, the Trustee in the above captioned Chapter 13 Proceeding, and states that the debtor(s) failed to respond to the Trustee's request for corrective action.

The Stipulated Order Confirming the Plan required the debtor(s) to turnover 2024 State and Federal Tax Returns and Refunds to the Trustee within 30 days of filing and/or receipt of such refunds. As of the date of this Motion, the debtor(s) failed to comply with the tax requirement of the Stipulated Order Confirming the Plan. To date, no Motion to Extend Time to comply has been filed to resolve these issues.

The Trustee will lodge an order dismissing this case if the debtor(s) fail to do one of the following within 30 days of the mailing of this motion:

1. Resolves the issues listed above.

2. Requests a hearing.

3. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.

4. The debtor(s) file an Amended or Modified Plan with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

        EDWARD J. MANEY
        CHAPTER 13 TRUSTEE

    By:_____
      Edward J. Maney ABN 12256
      Chapter 13 Trustee
      101 North First Avenue, Suite 1775
      Phoenix, AZ 85003
      (602) 277-3776
      ejm@maney13trustee.com

1 CERTIFICATE OF MAILING FOR CASE NO. 2:23-07813-BKM

2 Copies of the foregoing mailed (see electronic signature below) to the following:

4 Attorney for Debtor (s):
Phoenix Fresh Start
5 Bankruptcy Attorneys
6 4131 Main Street
Skokie, IL 60076-2780

8 Debtor (s):
KIM S THROWER
9 14777 W ALEXANDRIA WAY
SURPRISE, AZ. 85379

11 '

By:_____
16      Trustee's Clerk